FILED
CLERK, U.S. DISTRICT COURT

June 7, 2023

CENTRAL DISTRICT OF CALIFORNIA
BY: ___IV___ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL KIM,<br><br>Defendant. | Case No.  2:23-CR-00004-PA<br><br>**ORDER OF DETENTION** |

On May 25, 2023, Defendant Daniel Kim made his initial appearance on the Indictment filed in this matter.  Deputy Federal Public Defender Gabriela Rivera was appointed to represent Defendant.

At Defendant's request, the detention hearing was continued to May 30, 2023.  A detention hearing was held on May 30, 2023.  At the hearing, after reviewing the Indictment, the government's Notice of Request for Detention, and the Pretrial Services Report and Recommendation and hearing argument from counsel, the Court found that the government is entitled to a detention hearing under 18 U.S.C. § 3142(f)(2)(A), as the case allegedly involves a serious risk that the Defendant will flee.  At the hearing,

Defendant rejected some of the information proffered by the government and relied upon in the Pretrial Services Report and Recommendation.  The Court continued the detention hearing, without objection from either party, and the detention hearing was held on June 2, 2023.  At the hearing, the government withdrew the proffer of the information to which Defendant objected.  The Court did not consider that information.  At the hearing, the government proffered the Indictment, the initial and updated Pretrial Services Reports and Recommendation of detention, the search warrant (and supporting affidavit) signed by a judge of the Los Angeles County Superior Court ("LASC") on September 16, 2021, for the Plaza Hotel, 1721 Cabrillo Ave., Torrance, CA 90501, Unit 212 and the Manager's Office, and a 22-page printout of certified copies of the electronic docket on file at the LASC for criminal cases against Defendant.  Defendant did not object to the proffer.

        The Court has considered the following:

        (1) the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device;

        (2) the weight of the evidence against the defendant;

        (3) the history and characteristics of the defendant; and

        (4) the nature and seriousness of the danger to any person or the community.

*See* 18 U.S.C. § 3142(g).  The Court also considered all the evidence adduced at the hearing, the arguments of counsel, and the Reports and Recommendation of Pretrial Services Agency.  The Court finds that no condition or combination of conditions will reasonably assure the safety of any person or the community.  These conclusions are based on the following:

☒ Defendant has felony convictions in 2003 for assault with a firearm on a person, in 2011 for possession of a controlled substance, in 2015 for use of another's credit, in 2018 for transportation of a controlled substance, and in 2021 for assault upon another person by means of force likely to produce great bodily injury. His criminal history includes violence, firearms and drugs.

☒ The search warrant affidavit proffered by the government describes the events that resulted in Defendant's 2021 conviction. The affidavit alleges that the suspect, whom the government proffered is Defendant, went to the Plaza Hotel and engaged the victim in a physical fight in which Defendant stabbed the victim in the neck.

☒ At the time of the offense alleged in the Indictment, Defendant was on probation.

It is therefore ORDERED that Defendant Daniel Kim be detained until trial. The defendant will be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant will be afforded reasonable opportunity for private consultation with counsel. On order of a Court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility in which defendant is confined will deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding. *See* 18 U.S.C. § 3142(i).

Dated: June 7, 2023

_Patricia Donahue_
PATRICIA DONAHUE
UNITED STATES MAGISTRATE JUDGE

3